BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
ALYSON BERG
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  Cr  1:11-cr-00333 LJO-SKO |
| Plaintiff, | STIPULATION REGARDING JURY INSTRUCTION AND SPECIAL VERDICT FILING;  FINDINGS AND ORDER |
| v. | |
| JOSE DIEGO CONTRERAS-RAMIREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this Court ordered the filing of jury instructions and special verdict forms by the parties by Wednesday, August 22, 2012, for a trial date of September 11.

2. By this stipulation, the parties now move to continue the filing date for jury instructions and special verdict forms to August 24.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties have reached a tentative plea agreement.  Defense counsel has been unable to meet in person with his client, who is housed at Lerdo, until today, the filing date for jury instructions and special verdict forms.

1

b. Based on the above-stated findings, the parties believe they have stated good cause to extend the filing date of jury instructions and special verdict forms.

IT IS SO STIPULATED.

DATED: August 22, 2012.   Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney
                                          ALYSON BERG
                                          Assistant United States Attorney

                                          /s/ Karen A. Escobar_____
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney

DATED: August 22, 2012.

                                          /s/ Victor Chavez_____
                                          VICTOR CHAVEZ
                                          Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

   Dated:   **August 22, 2012**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE